BROWN, ROSETA, LONG,
 MCCONVILLE & KILCULLEN
Michael H. Long
44 Club Road, 210 Northbank Building
Eugene, OR 97401
541-686-1883
541-686-2008 (fax)
michaelhlong@brownroseta.com

Attorney for Defendant Bednarz

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| Robert Evans Mahler, | ) |
| Plaintiff, | ) Case No. CV06-532-HO |
| vs. | ) **DEFENDANT BERNARD F.** |
| | ) **BEDNARZ, JR.'S WITNESS** |
| Bernard F. Bednarz, Jr., individually and | ) **SUMMARY** |
| dba BC Web LLC; Willamette Table Tennis | ) |
| Club, Inc.; City of Salem, Oregon; Salem | ) |
| (Oregon) Police Department; Lyle Gembala, | ) |
| individually and as Deputy Chief of the City | ) |
| of Salem (Oregon) Police Department; | ) |
| Does 1-20, | ) |
| Defendants. | ) |

Defendant Bernard F. Bednarz, Jr. intends to call the following witnesses to testify at trial. Defendant Bednarz reserves the right to call additional witnesses for the purpose of impeachment and rebuttal.

**Don Wimer**

Mr. Wimer will testify about his participation in the Salem Table Tennis Club and WTTC, and also testify as to the ownership of the table tennis tables in question.

**Greg Pramuk**

Mr. Pramuk will testify about his participation in the Salem Table Tennis Club and WTTC, and also testify as to the ownership of the table tennis tables in question.

**Lonnie Diller**

Mr. Diller will testify about his participation in the Salem Table Tennis Club and WTTC, and also testify as to the ownership of the table tennis tables in question.

**Jeff Faville**

Mr. Faville will testify about his participation in the Salem Table Tennis Club and WTTC, and also testify as to the ownership of the table tennis tables in question.

**Dr. Sean Shim**

Dr. Shim will testify about his participation in the Salem Table Tennis Club and WTTC, and also testify as to the ownership of the table tennis tables in question.

DATED this 5th day of February, 2008.

> BROWN, ROSETA, LONG,
> McCONVILLE & KILCULLEN
> Attorneys for Defendant Bednarz, Jr.
>
> _____
> Michael H. Long, OSB #76224

# CERTIFICATE OF SERVICE

I, Michael H. Long, hereby certify that I have made service of the foregoing **Defendant Bernard Bednarz, Jr.'s Witness Summary** by causing it to be mailed in the United States Post Office on the 5th day of February, 2008, a certified, exact and full copy thereof, enclosed in an envelope with postage prepaid and addressed to:

| | |
|---|---|
| James Leuenberger<br>P.O. Box 1684<br>Lake Oswego, OR 97035 | Attorneys for Plaintiff Mahler |
| Gordon Hanna<br>Gordon Hanna, PC<br>242 Church Street SE<br>Salem, OR 97301 | Attorneys for BC Web, LLC and WTTC |
| Aaron D. Felton<br>City Attorney's Office<br>555 Liberty Street SE<br>Room 205<br>Salem, OR 97301 | Attorneys for City of Salem, Oregon; Salem (Oregon) Police Department and Lyle Gembala, individually and as Deputy Chief of the City of Salem (Oregon) Police Department |

*/s/ Michael H. Long*

Michael H. Long, OSB #76224
Attorney for Defendant Bednarz, Jr.